# Court of Appeals
# of the State of Georgia

ATLANTA,  February 24, 2015

*The Court of Appeals hereby passes the following order:*

**A15A1043.  TAURUS TYRONE ACKEY v. THE STATE.**

On September 19, 2014, the trial court entered an order dismissing Taurus Tyrone Ackey's motion to withdraw his guilty plea.  On October 27, 2014, Ackey filed a notice of appeal to this Court.  To be timely, a notice of appeal must be filed within 30 days after entry of the appealable order.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Jaheni v. State*, 281 Ga. App. 213, 214 (635 SE2d 821) (2006). Because Ackey filed his notice of appeal 38 days after entry of the trial court's order, this appeal is untimely. Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  02/24/2015
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*